No. 84–6791.   EARNEST v. NEW MEXICO.   Sup. Ct. N. M. Certiorari denied.

No. 84–6983.   BOSQUE v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 85–177.   ORR, SECRETARY OF THE AIR FORCE, ET AL. v. TURNER ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–276.   LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION v. WALKER.   C. A. 8th Cir.   Certiorari denied.

No. 85–556.   KEMP, WARDEN v. DRAKE.   C. A. 11th Cir. Certiorari denied.

No. 85–908.   CRANKE ET AL. v. HAYGOOD.   C. A. 9th Cir. Certiorari denied.

No. 85–1071.   RAYBURN v. GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–1085.   AFRO-AMERICAN POLICE ASSN., INC., ET AL. v. UNITED STATES; and

No. 85–1404.   UNITED STATES v. AFRO-AMERICAN POLICE ASSN., INC., ET AL.   C. A. 2d Cir.   Certiorari denied.   Reported below: 779 F. 2d 881.

No. 85–1104.   SEITER, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION v. FUSON.   C. A. 6th Cir.   Certiorari denied.

No. 85–1341.   JOHNSON, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. v. MANZIE.   C. A. 6th Cir.   Certiorari denied.

No. 85–1394.   HAGLER v. CALLAHAN, WARDEN; and

No. 85–1550.   CALLAHAN, WARDEN, ET AL. v. HAGLER. C. A. 9th Cir.   Certiorari denied.   Reported below: 764 F. 2d 711.

No. 85–1592.   BURKE ET AL. v. MASSACHUSETTS ASSOCIATION OF AFRO-AMERICAN POLICE, INC., ET AL.   C. A. 1st Cir.   Certiorari denied.